IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Liza M. Figueroa                    :        Chapter 13
                                    :
        Debtor              :        Bankruptcy No. 06-11344 SR
                                    :
Liza M. Figueroa                    :
                                    :
        Movant              :
                                    :
v.                                  :
                                    :
PNC Bank, N.A.                      :
                                    :
        Respondent          :

## ORDER

AND NOW, this 28th day of April, 2006, upon consideration of Debtor's Motion to Continue Automatic Stay Beyond 30 Day Period Pursuant to U.S.C. §362 and Respondent's Answer thereto, it is hereby

**ORDERED** that Debtor's Motion to Continue Automatic Stay Beyond 30 Day Period Pursuant to U.S.C. §362 is denied. It is further

ORDERED that the filing of a bankruptcy case by either the Debtor or the co-mortgagor will not stay Debtor's foreclosure remedies with regard to the property located at 4217 Lawndale Street, Philadelphia, PA 19124.

BY THE COURT

_____
Stephen Raslavich
U.S. Bankruptcy Judge

cc:  Peter J. Mulcahy, Esquire
Phelan Hallinan & Schmieg, LLP
1617 J.F.K. Boulevard, Suite 1400
Philadelphia, PA  19103-1814

Liza M. Figueroa a/k/a
Liza Marie Figueroa
4217 Lawndale Street
Philadelphia, PA 19124

John H. Croom, Esquire
Law Office of John H. Croom
1616 Walnut Street, 18th Floor
Philadelphia, PA 19103

Frederick L. Reigle, Esquire (Trustee)
P.O. Box 4010
Reading, PA 19606